UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
           :
CORIENT SERVICES, LLC, and CORIENT        :
PARTNERS, LLC,           :
           :
       Plaintiffs,           :        24-CV-08395 (JAV)
           :
     -v-           :        <u>ORDER</u>
           :
JACOB HALLADAY and JONATHAN TENNEY,    :
           :
       Defendants.           :
           :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiffs' request for permission to redact certain proprietary and commercially-sensitive information in the transcripts of the Court's proceedings on November 14 and 21, 2024, is **GRANTED**. Plaintiffs have made a sufficient showing that the information that they seek to seal, concerning the acquisition of Corient Capital Partners, LLC, by Plaintiffs reflecting the valuation of a closely held business and related financial information, qualifies as "confidential business information" that is material to Plaintiffs' competitive position in the market and could potentially inflict "significant competitive disadvantage" on Corient through disclosure. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted). The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Id.* (internal citations and quotation marks omitted).

      Plaintiffs are directed to file the redacted transcripts on the docket and file the unredacted versions of the transcripts under seal. The Clerk of Court is directed to terminate ECF No. 76.

      SO ORDERED.

Dated: January 8, 2025                                _____
      New York, New York                       JEANNETTE A. VARGAS
                                                United States District Judge